1 Jeffrey H. Lowenthal (State Bar No. 111763)
  Edward Egan Smith (State Bar No. 169792)
2 Simon R. Goodfellow (State Bar No. 246085)
  STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
  One California Street, Suite 300
4 San Francisco, CA 94111
  Tel. No. (415) 421-3400
5 Facsimile No. (415) 421-2234

6 Attorneys for Defendant
  Downey Savings and Loan Association, F.A.
7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 REVEREND WILL HARDEMAN,                          ) Case No. C07-02317 EMC
                                                    )
13                 Plaintiff,                       ) STIPULATION FOR ENTRY OF
                                                    ) TEMPORARY RESTRAINING ORDER;
14                                                  ) AND ORDER
   FAUZIA FARZANA, PRIMEWEST                        )
15 RESIDENTIAL LOANS, INC., DOWNEY                  ) Judge: Magistrate Judge Edward M. Chen
   SAVINGS AND LOAN ASSOCIATION,                    )
16 F.A., DSL SERVICE COMPANY,                       )
   FORECLOSURE CONSULTANTS, INC.,                   )
17 and DOES 1-10,                                   )
                                                    )
18                 Defendants.                      )

STIPULATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER; AND ORDER
S:\NATC\HARDEMAN\Pleadings\Stipulation-TRO Federal - 3.wpd

Dbt f !4;18.dw.13428.FND!!!!!Epdvn f oU22!!!!!!Gjrhe!18022081 18!!!!!Qbhf !3!pg5

1    Plaintiff Will Hardeman, on the one hand, and defendants Downey Savings and Loan
2  Association, F.A., ("Downey Savings"), Foreclosure Consultants, Inc. ("FCI") and DSL Service
3  Company ("DSL") (collectively "defendants"), on the other hand, through counsel, hereby enter
4  into the following stipulation:
5    WHEREAS, Hardeman is the owner of that certain real property commonly known as
6  2687 76th Avenue, Oakland, California ("Subject Property"); and
7    WHEREAS, Downey Savings is the named beneficiary under a Deed of Trust in the
8  original principal amount of $352,500 recorded against the Subject Property on April 24, 2006,
9  as Document No. 2006159351 in the official records of Alameda County ("Downey Deed of
10 Trust"); and
11   WHEREAS, on October 3, 2006, defendants caused a Notice of Default under the
12 Downey Deed of Trust to be recorded in the official records of Alameda County and, thereafter,
13 on or about January 4, 2007, defendants caused a Notice of Trustee's Sale under the Downey
14 Deed of Trust to be recorded in the official records of Alameda County, setting a trustee's sale of
15 the Subject Property for February 6, 2007; and
16   WHEREAS, on January 24, 2007, Hardeman filed a Complaint for Damages, Declaratory
17 and Injunctive Relief against Downey Savings and others in the action entitled Hardeman v.
18 Farzana, et al., Alameda Superior Court Case No. RG 07307970, in which Hardeman sought,
19 among other things, injunctive relief against Downey Savings' foreclosure under the Downey
20 Deed of Trust ("State Action"); and
21   WHEREAS, on April 28, 2007, Downey Savings removed the State Action to this Court
22 pursuant to 28 U.S.C. § 1441(b) based on the federal question raised by Hardeman's claims
23 under the federal Truth in Lending Act; and
24   NOW, THEREFORE, the parties hereby stipulate, through counsel, that:
25   1.    Defendants Downey, FCI and DSL, and each of them, their agents, servants, and
26 employees, and all persons acting under, in concert with, or for them are restrained from
27 conducting a trustee's sale, recording a new notice of default, recording a new notice of sale, or
28 undertaking any other acts, courses of conduct, or steps to non-judicially foreclosure against that

STIPULATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER; AND ORDER
S:\NATC\HARDEMAN\Pleadings\Stipulation-TRO Federal - 3.wpd

Dbt f !4;18.dw.13428.FND!!!!!Epdvn f ou22!!!!!!Gjrfne!18022031 18!!!!!Qbhf !4!pg5

1 | certain real property commonly referred to as 2687 76th Avenue, Oakland, California at any time
2 | prior to August 15, 2007; and
3 |     5.    This stipulation may be executed in counterpart and a facsimile signature shall be
4 | valid for all purposes.

Dated: June 22, 2007          By:    */s/ Dorothy D. Guillory*
                                        Dorothy D. Guillory
                                        Attorney for Plaintiff Rev. Will Hardeman

Dated: July 2, 2007                 STEYER LOWENTHAL BOODROOKAS
                                        ALVAREZ & SMITH LLP

                                  By:    */s/*
                                          Edward Egan Smith
                                        Attorneys for Defendant Downey Savings
                                        and Loan Association, F.A.

Dated: June ___, 2007          By:    _____
                                        Christine M. Humphries, Esq.
                                        Attorney for Defendants DSL Service
                                        Company and Foreclosure Consultants, Inc.

## ORDER

Pursuant to the above stipulation between the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendants Downey, FCI and DSL, and each of them, their agents, servants, and employees, and all persons acting under, in concert with, or for them are restrained from conducting a trustee's sale, recording a new notice of default, recording a new notice of sale, or undertaking any other acts, courses of conduct, or steps to non-judicially foreclosure against that certain real property commonly referred to as 2687 76th Avenue, Oakland, California at any time prior to August 15, 2007.

Dated: June ___, 2007                                   _____
                                                Edward M. Chen
                                              U.S. Magistrate Judge

Dbt f !4;18.dw 13428.FN D!!!!!Epdvn f ou22!!!!!!Gjrhe!1802203118!!!!!Qbhf !5!pg5

1 certain real property commonly referred to as 2687 76th Avenue, Oakland, California at any time
2 prior to August 15, 2007; and
3    5.   This stipulation may be executed in counterpart and a facsimile signature shall be
4 valid for all purposes.

6 Dated: June 22, 2007          By: *[signature]*
                                    Dorothy D. Guillory
7                                   Attorney for Plaintiff Rev. Will Hardeman

9 Dated: June ___, 2007              STEYER LOWENTHAL BOODROOKAS
                                     ALVAREZ & SMITH LLP

12                              By: _____
                                    Edward Egan Smith
13                                  Attorneys for Defendant Downey Savings
                                    and Loan Association, F.A.

15 Dated: July 2, 2007          By: *[signature]*
                                    Christine M. Humphries, Esq.
16                                  Attorney for Defendants DSL Service
                                    Company and Foreclosure Consultants, Inc.

### ORDER

Pursuant to the above stipulation between the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendants Downey, FCI and DSL, and each of them, their agents, servants, and employees, and all persons acting under, in concert with, or for them are restrained from conducting a trustee's sale, recording a new notice of default, recording a new notice of sale, or undertaking any other acts, courses of conduct, or steps to non-judicially foreclosure against that certain real property commonly referred to as 2687 76th Avenue, Oakland, California at any time prior to August 15, 2007.

Dated: June ___, 2007
       July 24, 2007                *[signature]*
                                    Edward M. Chen
                                    U.S. Magistrate Judge

- 3 -