UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REVEREND WILL HARDEMAN

        Plaintiff,

v.

FAUZIA FARZANA, et al.

        Defendant.

No. C 07-02317 EMC

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration      ❏ ENE      ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)* Please see Attachment.

**Private Process:**

❏ Private ADR *(please identify process and provider)*

_____

Dated: _____

Dated: 7.11.07

Dated: _____

IT IS SO ORDERED:

Dated: July 25, 2007

Attorney for Plaintiff

_____ EDWARD EVAN SMITH
Attorney for Defendant

Attorney for Defendants

_____
UNITED STATES D[ISTRICT JUDGE]
Judge Edward M. Chen

IT IS SO ORDERED

**STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION**

1

REV. 5/00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WILL HARDEMAN | No. C 07-02317 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION |
| FAUZIA FARZANA, et al. | |
| Defendant. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration      ❏ ENE      ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*   Please see Attachment.

**Private Process:**

❏ Private ADR *(please identify process and provider)*

_____

Dated: _____
Attorney for Plaintiff

Dated: _____
Attorney for Defendant

Dated: __7/13/07__
[signature]
Attorney for Defendants

IT IS SO ORDERED:

Dated: _____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
1
REV. 5/00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REVEREND WILL HARDEMAN     No. C07-02317 EMC

        Plaintiff,     **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

v.

FAUZIA FARZANA, et al.     **ADR CERTIFICATION**

        Defendant.

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)* Please see Attachment.

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 7/19/07     _____
                        Attorney for Plaintiff

Dated: _____     _____
                        Attorney for Defendant

Dated: _____     _____
                        Attorney for Defendants

IT IS SO ORDERED:

Dated: _____     _____
                        UNITED STATES DISTRICT JUDGE

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____
[Typed name and signature of plaintiff]

Dated: _____
[Typed name and signature of counsel for plaintiff]

Dated: _____
[Typed name and signature of defendant]
Downey Savings and Loan Association

Dated: 7·11·07
[Typed name and signature of counsel for defendant]
Edward Egan Smith

Dated: 7-17-07
DSL Service Company

Dated: _____
Foreclosure Consultants, Inc.

Dated: _____
Christine Humphries

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____

[Typed name and signature of plaintiff]

Dated: _____

[Typed name and signature of counsel for plaintiff]

Dated: 7/11/07

[Typed name and signature of defendant]
Downey Savings and Loan Association

Dated: _____

[Typed name and signature of counsel for defendant]
Edward Egan Smith

Dated: _____

DSL Service Company

Dated: _____

Foreclosure Consultants, Inc.

Dated: 7/11/07

Christine Humphries

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 7/19/07   /s/ Rev. Will Hardeman
[Typed name and signature of plaintiff]
Rev. Will Hardeman

Dated: 7/19/07   Dorothy D. Guillory
[Typed name and signature of counsel for plaintiff]
Dorothy D. Guillory, Attorney for Plaintiff

Dated: _____   _____
[Typed name and signature of defendant]
Downey Savings and Loan Association

Dated: 7.11.07   _____
[Typed name and signature of counsel for defendant]
Edward Egan Smith

Dated: _____   _____
DSL Service Company

Dated: _____   _____
Foreclosure Consultants, Inc.

Dated: _____   _____
Christine Humphries

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: _____  _____
[Typed name and signature of plaintiff]

Dated: _____  _____
[Typed name and signature of counsel for plaintiff]

Dated: _____  _____
[Typed name and signature of defendant]
Downey Savings and Loan Association

Dated: _____  _____
[Typed name and signature of counsel for defendant]
Edward Egan Smith

Dated: _____  _____
DSL Service Company

Dated: 7-12-07  _____
Foreclosure Consultants, Inc.

Dated: _____  _____
Christine Humphries

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00

Attachment to<br>
ADR Stipulation<br>
<u>Hardeman v. Farzana, et al.</u><br>
N.D. Cal. Case No. C07-02317 EMC

The parties have agreed to mediate this case, either through the Court's ADR program or privately, upon completion of plaintiff's deposition and production of plaintiff's documents, and after the loan broker defendants (Farzana and Primewest) have appeared and agreed to participate. Alternatively, if those conditions cannot be met, Defendants would agree to participate in an ENE.