1 | Jeffrey H. Lowenthal (State Bar No. 111763)
  | Edward Egan Smith (State Bar No. 169792)
2 | Simon R. Goodfellow (State Bar No. 246085)
  | STEYER LOWENTHAL BOODROOKAS
3 | ALVAREZ & SMITH LLP
  | One California Street, Suite 300
4 | San Francisco, CA 94111
  | Tel. No. (415) 421-3400
5 | Facsimile No. (415) 421-2234

6 | Attorneys for Defendant
  | Downey Savings and Loan Association, F.A.

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | REVEREND WILL HARDEMAN,                        ) Case No. C07-02317 EMC
13 |                                                )
   |         Plaintiff,                             ) STIPULATION AND ORDER
14 |                                                ) GRANTING DOWNEY SAVINGS
   |   vs.                                          ) AND LOAN ASSOCIATION, F.A.,
15 |                                                ) LEAVE TO FILE COUNTER-CLAIM
   | FAUZIA FARZANA, PRIMEWEST                     ) AND CROSS-CLAIM
16 | RESIDENTIAL LOANS, INC., DOWNEY               )
   | SAVINGS AND LOAN ASSOCIATION, F.A.,           )
17 | DSL SERVICE COMPANY, FORECLOSURE              )
   | CONSULTANTS, INC., and DOES 1-10,             )
18 |                                                )
   |         Defendants.                            )
19 | _____)

28 | STIPULATION AND ORDER GRANTING DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., LEAVE
   | TO FILE COUNTER-CLAIM AND CROSS-CLAIM
   | S:\NATC\HARDEMAN\Pleadings\Stipulation.Counter.and.Cross.Claim.wpd

1   Plaintiff Reverend Will Hardeman ("Hardeman"), on the one hand, and defendants
2   Downey Savings and Loan Association, F.A., ("Downey Savings"), Foreclosure Consultants,
3   Inc. ("FCI"), DSL Service Company ("DSL") and Fauzia Farzana ("Farzana") (collectively
4   "defendants"), on the other hand, through counsel, hereby enter into the following stipulation:
5   WHEREAS, on January 24, 2007, Hardeman filed a Complaint for Damages,
6   Declaratory and Injunctive Relief against Downey Savings and others in the action entitled
7   Hardeman v. Farzana, et al., Alameda Superior Court Case No. RG 07307970, which action was
8   removed to this Court pursuant to 28 U.S.C. § 1441(b) based on the federal question raised by
9   Hardeman's claims under the federal Truth in Lending Act;
10  WHEREAS, on May 7, 2007, Downey Savings filed its Answer to the Complaint and
11  now wishes to file a cross-claim for indemnity against defendants Fauzia Farzana and Primewest
12  Residential Loans, Inc. and a counter-claim for declaratory relief and equitable subrogation
13  against plaintiff Reverend Will Hardeman; and
14  WHEREAS, the parties wish to avoid the time and expense of Downey Savings bringing
15  a motion for leave and agree that Downey Savings shall be permitted to file said claims.
16  NOW, THEREFORE, the parties hereby stipulate, through counsel, that:
17  1.   Downey Savings be granted leave to file a counter-claim against Hardeman for
18  declaratory relief and equitable subrogation and a cross-claim against Primewest Residential
19  Loans, Inc. and Fauzia Farzana for express contractual indemnity, implied contractual
20  indemnity, and equitable indemnity; and
21  2.   This stipulation may be executed in counterpart and a facsimile signature shall be
22  valid for all purposes.

Dated: November 9, 2007           By: /s/ Dorothy D. Guillory
                                      Dorothy D. Guillory
                                      Attorney for Plaintiff Rev. Will Hardeman

//

STIPULATION AND ORDER GRANTING DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., LEAVE TO FILE COUNTER-CLAIM AND CROSS-CLAIM
S:\NATC\HARDEMAN\Pleadings\Stipulation.Counter.and.Cross.Claim.wpd

| | | |
|---|---|---|
| 1 | Dated: ~~September~~ November 14, 2007 | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| 4 | By: | _/s/_ Edward Egan Smith Simon R. Goodfellow Attorneys for Defendant Downey Savings and Loan Association, F.A. |
| 7 | Dated: September 4, 2007 | By: _/s/_ Christine M. Humphries Attorney for Defendants DSL Service Company and Foreclosure Consultants, Inc. |
| 10 | Dated: September ___, 2007 | LAW OFFICES OF JOHN L. FALLAT |
| 12 | By: | John L. Fallat Attorney for Fauzia Farzana |

### ORDER

Pursuant to the above stipulation between the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendant Downey Savings and Loan Association, F.A., is hereby granted leave to file a counter-claim against plaintiff Reverend Will Hardeman for declaratory relief and equitable subrogation and a cross-claim against Primewest Residential Loans, Inc. and Fauzia Farzana for express contractual indemnity, implied contractual indemnity, and equitable indemnity, which shall be filed and served no later than September ___, 2007.

Dated: September ___, 2007

_____
Edward M. Chen
U.S. Magistrate Judge

STIPULATION AND ORDER GRANTING DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., LEAVE TO FILE COUNTER-CLAIM AND CROSS-CLAIM
S:\NATC\HARDEMAN\Pleadings\Stipulation.Counter.and.Cross-Claim.wpd

Dated: September ___, 2007

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: _____
Edward Egan Smith
Simon R. Goodfellow
Attorneys for Defendant Downey Savings
and Loan Association, F.A.

Dated: September ___, 2007

By: _____
Christine M. Humphries
Attorney for Defendants DSL Service
Company and Foreclosure Consultants, Inc.

Dated: September 17, 2007

LAW OFFICES OF JOHN L. FALLAT

By: _____
John L. Fallat
Attorney for Fauzia Farzana

## ORDER

Pursuant to the above stipulation between the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendant Downey Savings and Loan Association, F.A., is hereby granted leave to file a counter-claim against plaintiff Reverend Will Hardeman for declaratory relief and equitable subrogation and a cross-claim against Primewest Residential Loans, Inc. and Fauzia Farzana for express contractual indemnity, implied contractual indemnity, and equitable indemnity, which shall be filed and served no later than September ___, 2007.   11/16/07.

Dated: September ___, 2007

11/14/07

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND ORDER GRANTING DOWNEY'S ... TO FILE COUNTER-CLAIM AND CROSS-CLAIM ... F.A., LEAVE
S:\NATC\HARDEMAN\Pleadings\Stipulation.Counter.and.Cross.Claim...