1　DOROTHY D. GUILLORY
　Attorney at Law, CSBN 114891
2　1271 Washington Avenue, #380
　San Leandro, CA 94577
3　(510) 639-2959
　Fax: (510) 639-2961
4

5　Attorney for Plaintiff
　REV. WILL HARDEMAN
6

7

8　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
9

10

11　REVEREND WILL HARDEMAN,　　　　Case No.: C-07-02317

12　　　Plaintiff,　　　　　　　　　STIPULATION TO FILING PLAINTIFF'S
　　　　　　　　　　　　　　　　　　FIRST AMENDED COMPLAINT
　v.　　　　　　　　　　　　　　　AND ORDER APPROVING SAME
13

14　FAUZIA FARZANA, SAVINDAR K.
　KATTAURA, PRIMEWEST RESIDENTIAL
15　LOANS, INC., DOWNEY SAVINGS AND
　LOAN ASSOCIATION, F.A., DSL SERVICE
16　COMPANY, FORECLOSURE
　CONSULTANTS, INC.
17

18　　　Defendants.

19

20　　　Under Local Rule 7-12, the parties, through their respective attorneys of record, stipulate

21　to the filing of Plaintiff's First Amended Complaint. In doing so, Defendants do not waive their

22　right to challenge the pleading through proper channels.

23　Dated: 1/17/08　　　　　　　Dated:

24　　　　　　　　　　　　　　　　Steyer Lowenthal Boodrookas Alvarez &
　　　　　　　　　　　　　　　　　Smith LLP Attorneys
25

26　*Dorothy D. Guillory* By: _____

27　Dorothy D. Guillory　　　　　Edward Egan Smith
　Attorney for Plaintiff Rev. Will Hardeman　　Attorneys for Downey Savings & Loan
28

　Dated:　　　　　　　　　　　　Dated:

1
2  _[signature]_
3  Christine Humphries            John Fallat
4  Attorney for DSL, Foreclosure Consultants    Attorney for Fauzia Farzana
5  1/29/08
6
7
8  PURSUANT TO STIPULATION, IT IS SO ORDERED
9
10
11 Dated: _____
12                MAGISTRATE JUDGE EDWARD M. CHEN
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2  _____         _____
3  Christine Humphries              John Fallat
   Attorney for DSL, Foreclosure Consultants   Attorney for Fauzia Farzana
4
5
6
7
8  PURSUANT TO STIPULATION, IT IS SO ORDERED
9
10
11 Dated: February 1, 2008     _____
12                              MAGISTRATE JUDGE EDWARD M. CHEN
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28