Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Simon R. Goodfellow (State Bar No. 246085)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Tel. No. (415) 421-3400
Facsimile No. (415) 421-2234

Attorneys for Defendant
Downey Savings and Loan Association, F.A.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| REVEREND WILL HARDEMAN, | Case No. 3:07-cv-02317-EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| FAUZIA FARZANA, PRIMEWEST RESIDENTIAL LOANS, INC., DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., DSL SERVICE COMPANY, FORECLOSURE CONSULTANTS, INC., and DOES 1-10, | |
| Defendants. | |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., | |
| Cross-claimant, | |
| vs. | |
| PRIMEWEST RESIDENTIAL LOANS, INC. and FAUZIA FARZANA, | |
| Cross-defendants. | |
| AND OTHER CROSS- AND COUNTER-CLAIMS | |

STIPULATION OF DISMISSAL
S:\NATC\HARDEMAN\Pleadings\Stip.Dismissal.wpd

1  IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that matters in the above-entitled action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as follows:

1. Plaintiff Reverend Will Hardeman's ("Hardeman") first amended complaint filed on February 5, 2008 is dismissed with prejudice as to all defendants except Savindar K. Kattaura ("Kattaura") and Primewest Residential Loans, Inc. ("Primewest").

2. Defendant Downey Savings and Loan Association, F.A.'s ("Downey Savings") counter-claim against Hardeman filed on November 15, 2007 is dismissed with prejudice.

3. Defendant Downey Savings' cross-claim against Primewest and Fauzia Farzana ("Farzana") filed on November 15, 2007 is dismissed with prejudice as to all cross-defendants except Primewest.

4. Defendant Farzana's cross-claim against Kattaura, Primewest and Brenda Hardeman filed on February 20, 2008 is dismissed with prejudice as to all cross-defendants except Kattaura and Primewest.

5. Each party will bear its own attorney's fees and costs.

Dated: May 28, 2008              /s/ Dorothy Guillory
                                 Dorothy D. Guillory
                                 Attorney for Reverend Will Hardeman

Dated: May 28, 2008              STEYER LOWENTHAL BOODROOKAS
                                 ALVAREZ & SMITH LLP

                                 /s/ Simon R. Goodfellow
                                 Simon R. Goodfellow
                                 Attorneys for Downey Savings and Loan
                                 Association, F.A.

2

Dated: May 28, 2008             /s/ Christine M. Humphries
                                Christine M. Humphries
                                Attorney for DSL Service Company and
                                Foreclosure Consultants, Inc.

Dated: May 28, 2008             LAW OFFICES OF JOHN L. FALLAT

                                /s/ John L. Fallat
                                John L. Fallat
                                Attorneys for Fauzia Farzana

Dated: May 28, 2008             BARDELLINI, STRAW, CAVIN & BUPP, LLP

                                /s/ Suzette Z. Torres
                                Suzette Z. Torres
                                Attorneys for North American Title Company, Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Edward M. Chen]

3

STIPULATION OF DISMISSAL
S:\NATC\HARDEMAN\Pleadings\Stip.Dismissal.wpd